# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Janice Mitchell, | Civil No. 09-1298 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| Check Administration Services, Inc., John Doe 1, John Doe 2, | |
| Defendants. | |

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 15, 2009

                                            s/Richard H. Kyle  
                                            RICHARD H. KYLE  
                                            United States District Judge